IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Jessica Drake, *et al.*, | : | |
| Plaintiffs | : | Civil Action 2:10-cv-00137 |
| v. | : | Judge Sargus |
| Village of Johnstown., *et al.*, | : | Magistrate Judge Abel |
| Defendants | : | |

# ORDER

This matter is before the Magistrate Judge on attorney Derek Haggerty s February 10, 2012 notice of withdrawal of counsel. Counsel is DIRECTED to file an notice that complies with Rule 83.4(d) of the Southern District of Ohio Civil Rules, which states:

> Co-Counsel. Any attorney who has appeared in a case in any capacity other than as trial attorney is considered to be co-counsel for the party or parties on whose behalf the appearance has been entered. Co-counsel may withdraw by way of a notice of withdrawal signed by the withdrawing attorney and by the trial attorney for the party on whose behalf co-counsel has previously appeared. By signing such a notice, the trial attorney represents that the client has authorized the withdrawal. If the trial attorney is unwilling or unable to sign such a notice, co-counsel who wish to withdraw must file a motion that complies with subsection (c)(2) of this Rule.

S.D. Ohio Civ. R. 83.4(d).

s/ Mark R. Abel
United States Magistrate Judge