IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Jessica Drake and<br>Jack Drake, | : | |
| | : | Civil Action 2:10-cv-00137 |
| Plaintiffs | : | Judge Sargus |
| v. | : | Magistrate Judge Abel |
| Village of Johnstown, Ohio, *et al.*, | : | |
| Defendants | : | |

# **Order**

The unopposed March 6, 2012 motion of Plaintiff, Jack Drake, under Fed. R. Civ. P. 25(a)(1) for leave to substitute himself, as Administrator of the Estate of Jessica Drake, Deceased, as a plaintiff in lieu of Plaintiff Jessica Drake, who has died (doc. 55) is GRANTED.

s/Mark R. Abel<br>
United States Magistrate Judge