UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JESSICA DRAKE, ET AL.,
    Plaintiffs,

-V-                                   Case No. C2-10-137
                                        JUDGE SARGUS
                                        Magistrate Judge Abel

VILLAGE OF JOHNSTOWN,
OHIO, ET AL.,
    Defendants.

## AMENDED ORDER SETTING TRIAL DATE

      The Court's Order Setting Trial Date entered on February 1, 2012 (Doc.# 51) is hereby **VACATED** in its entirety. The parties shall adhere to the following amended **trial schedule:**

**Summary:**

| | |
|---|---|
| May 21, 2012<br>Monday, 1:30 pm | Settlement conference. |
| July 16, 2012 | Statement of witnesses, designations of deposition portions, and exhibit lists. Proposed case-specific jury instructions to be served on opposing counsel. (If the case will not be tried to a Jury, counsel shall disregard this provision and other provisions of this Order relating to Jury issues). |
| July 23, 2012 | Stipulations. Motions in limine. Agreed upon jury instructions and proposed case-specific jury instructions. |
| July 30, 2012 | Memoranda contra motions in limine. Objections to case-specific jury instructions. |
| August 6, 2012 | Final pretrial order due. General areas of questions for voir dire. |
| August 9, 2012<br>9:00 am | Final pretrial conference. |
| August 20, 2012 | Voir dire, Trial - opening statements, presentation of evidence. |

The parties are directed to refer to the Court's Original Scheduling Order Setting Trial Date (Doc. #51, filed 02/01/12) for substantive direction as to the foregoing deadlines.

**IT IS SO ORDERED.**

5-8-2012
**Date**

EDMUND A. SARGUS, JR.
**UNITED STATES DISTRICT JUDGE**